UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERONIA,<br><br>        Plaintiff,<br><br>    v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>        Defendant. | Case No. 22-cv-06699-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: ECF Nos. 6 & 8 |

    Southwest Airlines Co. ("Southwest") filed a motion to dismiss on November 7, 2022. ECF No. 6. Southwest filed a certificate of service indicating that Plaintiff Donna Beronia was served by mail and by electronic mail with the notice of Southwest's motion to dismiss and supporting papers on November 7, 2022. *Id.* at 20. Southwest also filed a certificate of service indicating that Beronia was served by electronic mail with Southwest's reply in support of its motion to dismiss. ECF No. 8 at 3. As of today's date, however, Beronia has not filed an opposition to the motion.

    It appears that Beronia is no longer actively litigating this case. On or before April 7, 2023, Beronia shall explain in writing why the Court should not dismiss the case with prejudice for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: March 22, 2023

                                                                       _____
                                                                       JON S. TIGAR
                                                      United States District Judge