UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BERONIA,<br><br>  Plaintiff,<br><br>  v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>  Defendant. | Case No. 22-cv-06699-AMO<br><br>**JUDGMENT** |

On January 31, 2025, the Court granted Defendant Southwest Airlines Co.'s motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: January 31, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**